Eastern District of Virginia – U.S. District Court

# ARRAIGNMENT/DETENTION MINUTES:

Time set: 2:30  
Start Time: 3:18  
End Time: 3:55  

Split Time ( )  
Hearing Held: (X) Norfolk ( ) Newport News  
Case Number 2:24mj13  
Defendant Joseph Allen  

Date: 2/6/24  
Presiding Judge: Robert J. Krask, USMJ  
Courtroom Deputy: Titus, B  
Reporter: FTR-Mag 2  
U.S. Attorney: Clayton LaForge, AUSA  
Defense Counsel: Andrew Grindrod  
( ) Retained ( ) Court appointed (X) AFPD  
Interpreter: _____

### INITIAL APPEARANCE:
( ) Indictment  
( ) Supervised Release  
( ) Probation  
( ) Pretrial Violation  

### DETENTION: Govt. proffer/Argument of counsel heard.
(X) Detention Hearing (X) Held ( ) Waived  
(X) Government motion for detention:  
(X) Granted ( ) Denied ( ) Motion to Withdraw  
( ) Detention Ordered (X) Remanded  
( ) Bond set _____  
( ) Special Conditions of Release  
( ) Defendant continued on previous bond  
( ) Additional Conditions of Release  
( ) Defendant failed to appear  
( ) Government motion for warrant -Granted  
(X) Witness presented

### COUNSEL:
( ) Court explained right to counsel  
( ) Counsel waived  
( ) Counsel desired.  
( ) Affidavit executed and filed in open court  
( ) Court directed appointment of counsel  
( ) Defendant ordered to pay $_____  
  beginning _____ and each month thereafter  
  until paid in full  

### ORDERS:
( ) Agreed Discovery/Protective Order Entered  
( ) Defendant consented to video proceedings. Order entered and filed  
( ) Oral admonition as required by DPPA given to the prosecutor.

### ARRAIGNMENT:
( ) Defendant formally arraigned  
( ) Defendant waived formal arraignment  
( ) Defendant entered plea of guilty  
( ) Defendant entered plea of not guilty  
( ) Jury demanded  
( ) Jury Waived  
( ) Jury waiver executed and filed  
( ) Preliminary motions deadline _____  
( ) Response motions deadline _____  
( ) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on _____  
  @ ( ) Norfolk ( ) Newport News ( ) Richmond  

### PRELIMINARY HEARING:
(X) Preliminary Hearing (X) Held ( ) Waived  
( ) Defendant stipulated to probable cause  
(X) Court finds probable cause  
(X) Defendant held for Grand Jury  

### SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

### APPEARANCE AT PRELIMINARY HEARING:
( ) Court inquired as to whether defendant wishes appear at preliminary hearing.  
( ) Waiver of Appearance executed  
( ) Arraignment: _____  

( ) SRV/Probation Hearing: _____  
( ) _____  
( ) _____  
( ) _____  

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

## ADDITIONAL CONDITIONS OF RELEASE

(☐) The defendant is placed in the custody of: _____
   Address: _____
(☐) (a) submit to supervision by and report for supervision to the <u>United States Probation Office</u>, no later than <u>today</u>.
(☐) (b) continue or actively seek employment.
(☐) (c) continue or start an education program.
(☐) (d) surrender any passport to: <u>U.S. Probation.</u>
(☐) (e) not obtain a passport or other international travel document.
(☐) (f) abide by the following restrictions on personal association, residence, or travel: _____
(☐) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
(☐) (h) get medical or psychiatric treatment: _____
(☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling or the following purposes: _____
(☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(☐) (k) not possess a firearm, destructive device, or other weapon.
(☐) (l) not use alcohol (☐) at all (☐) excessively.
(☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(☐) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
   (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
   (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
   (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand Alone Monitoring should be used in conjunctions with global positioning system (GPS) technology.
(☐) (q) submit to the following location monitoring technology and comply with its requirements as directed:
   (☐) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
   (☐) (ii) Voice Recognition; or
   (☐) (iii) Radio Frequency; or
   (☐) (iv) GPS.
(☐) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
(☐) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
(☐) (t) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.
(☐) (u) The defendant shall notify current or future employers of charged offense (☐) and provide contact information for individual responsible for internet monitoring at place of employment.
(☐) (v) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.
(☐) (w) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of other without the prior approval of the probation office.
(☐) (x) The defendant shall submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.
(☐) (y) The defendant shall not use, have possession, or access any computer or internet, bulletin board, or chat room.
(☐) (z) _____
_____
_____