

FILED
IN OPEN COURT

FEB 21 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:24-cr-16 |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(1) |
| JOSEPH ALLEN, | ) | Transportation of Images of Minors |
| | ) | Engaging in Sexually Explicit Conduct |
| | ) | (Counts 1-2) |
| Defendant. | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Images of Minors Engaging |
| | ) | in Sexually Explicit Conduct |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. §§ 2253, 2428 |
| | ) | Criminal Forfeiture |

**INDICTMENT**

February 2024 Term -- At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

(Transportation of Images of Minors Engaging in Sexually Explicit Conduct)

On or about March 17, 2022, within the Eastern District of Virginia, and elsewhere, the defendant, JOSEPH ALLEN, did knowingly transport and attempt to transport a visual depiction using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: JOSEPH ALLEN transported and attempted to transport a visual depiction identified by the file name cf3acxxxx.mp4.

(In violation of Title 18, United States Code, Section 2252(a)(1)).

## COUNT TWO

(Transportation of Images of Minors Engaging in Sexually Explicit Conduct)

On or about March 19, 2022, within the Eastern District of Virginia, and elsewhere, the defendant, JOSEPH ALLEN, did knowingly transport and attempt to transport a visual depiction using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that is: JOSEPH ALLEN transported and attempted to transport a visual depiction identified by the file name 519caxxxx.mp4.

(In violation of Title 18, United States Code, Section 2252(a)(1)).

## COUNT THREE

(Possession of Images of Minors Engaging in Sexually Explicit Conduct)

On or about February 1, 2024, within the Eastern District of Virginia, defendant, JOSEPH ALLEN, did knowingly possess at least one matter, that is a blue Android phone, which was manufactured outside of the Commonwealth of Virginia, containing one or more visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depictions were produced using materials which had been mailed and so shipped and transported, by any means, including by computer; and the production of such visual depictions involved the use of a minor, engaging in sexually explicit conduct and the visual depictions were of such conduct, and at least one visual depiction involved in the offense involved a prepubescent minor or a minor who had

not attained 12 years of age. Examples include, but are not limited to, contents with the file names: -58945xxxx.jpg and ZY1Bxxxx.jpg.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

### **CRIMINAL FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

A. Upon conviction of any of the violations alleged in Counts One through Three of this Indictment, the defendant, JOSEPH ALLEN, shall forfeit to the United States:

1. Any and all matter which contains child pornography, or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, distributed, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

2. Any and all property, real and personal, used or intended to be used in any manner or part to commit or promote the commission of violations of Title 18, United States Code, Section 2251 et seq., and any property traceable to such property;

3. Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*

B. Upon conviction of the violations alleged in this Indictment, the defendant, JOSEPH ALLEN, shall forfeit to the United States:

1. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation;

3

2. Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

C. If any property that is subject to forfeiture above it not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

D. The property subject to forfeiture includes, but is not limited to, electronic devices seized from the defendant on or about February 1, 2024, including a blue Android phone.

(All pursuant to Title 18, United States Code, Sections 2253 and 2428(a); and Title 21, United States Code, Section 853(p).)

*United States of America v. JOSEPH ALLEN*
2:24-CR-\_16\_

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Clayton D. LaForge
Assistant United States Attorney
Virginia Bar No.: 84075
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – clayton.laforge@usdoj.gov

5